**Filed**

DEC 0 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAFAEL CACIQUE,<br><br>　　　　Defendant. | CR 10-00195 (EJD)<br><br>**ORDER OF THE COURT DISMISSING ALL CHARGES AGAINST DEFENDANT RAFAEL CACIQUE** |

　　　On motion of the United States, without objection from the defendant, and for good cause shown, the court ORDERS that all charges against defendant Rafael Cacique in the indictment in the captioned matter are hereby DISMISSED.

　　　IT IS SO ORDERED.

Dated: 12/2/13

HONORABLE EDWARD J. DAVILA
United States District Court Judge